UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                         Case No.  07-cr-123-01-SM

<u>FNU LNU</u>
<u>a/k/a  Carlos Maldonado-Fermaint</u>

O R D E R

Defendant Maldonado-Fermaint's motion to continue the final pretrial conference and trial is granted (document 13).   Trial has been rescheduled for the September 2007 trial period.   Defendant Maldonado-Fermaint has filed a Waiver of Speedy Trial.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

    **Final Pretrial Conference:**  August  20, 2007 at  3:00 p.m.

    **Jury Selection**:  September 5,  2007 at 9:30 a.m.

SO ORDERED.

/s/ Steven J. McAuliffe
Steven J. McAuliffe
Chief Judge

August 1, 2007

cc: Jessica Brown, Esq.
    Alfred Rubega, AUSA
    US Probation
    US Marshal